UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAD SABRSULA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § § | | |
| PLAINTIFF, § | | CIVIL ACTION NO: 4:24-CV-1520 |
| V. § | | |
| EOG RESOURCES, INC., § § | | |
| DEFENDANT. § § | | |

**JOINT STATUS REPORT**

Plaintiff Chad Sabrsula ("Plaintiff, and Defendant EOG Resources, Inc. ("Defendant") (collectively, the "Parties") submit this Joint Status Report and would respectfully show the Court the following:

The Parties have resolved all claims at issue in this action and anticipate submitting dismissal paperwork within the next two weeks.

Respectfully submitted,

**SOSA-MORRIS NEUMAN, PLLC**

By: */s/ John Neuman*
Beatriz Sosa-Morris
BSosaMorris@smnlawfirm.com
Texas State Bar No. 24076154
John Neuman
JNeuman@smnlawfirm.com
Texas State Bar No. 24083560
4151 Southwest Freeway, Suite 515
Houston, Texas 77027
Telephone: (281) 885-8844
Facsimile: (281) 885-8813

ATTORNEYS FOR PLAINTIFF

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Kimberly Cheeseman*
M. Carter Crow (Lead Counsel)
Kimberly Cheeseman
Jesika Silva Blanco
Fulbright Tower 1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
carter.crow@nortonrosefulbright.com
kimberly.cheeseman@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

*Counsel for Defendant EOG Resources, Inc.*